**NOT FOR PUBLICATION**

MAY 19 2014

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| XINJUN ZHU, | No. 12-73774 |
| Petitioner, | Agency No. A087-865-264 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2014[**]

Before:     CLIFTON, BEA, and WATFORD, Circuit Judges.

Xinjun Zhu, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's

decision denying his application for withholding of removal.  We have jurisdiction

under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

findings. *Shrestha v. Holder*, 590 F.3d 1034, 1039-40 (9th Cir. 2010). We deny the petition for review.

Zhu testified he is married and he is the biological father of two children, and that his wife was sterilized under China's family planning policies. Substantial evidence supports the agency's determination that Zhu failed to sufficiently corroborate his testimony with reasonably obtainable evidence to meet his burden of proof for withholding of removal. *See id.* at 1047-48; *Ren v. Holder*, 648 F.3d 1079, 1094 (9th Cir. 2011) (record did not compel the finding that petitioner presented sufficient corroborating evidence to meet his burden of proof). We reject Zhu's contention that the BIA mischaracterized the record. Thus, Zhu's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**